SIRKUS BROS., INC., Respondent, v. BRINPOL REALTY CORPORATION and CAPITAL CITY SURETY COMPANY, etc., Appellants.— Judgment affirmed, with costs. No opinion. Rich, Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., dissents in so far as the sum of $750 is concerned, as to which amount a judgment had been obtained by the transferee of the note.

B. & A. BUILDING CORPORATION, Appellant, v. FREDA ARONSON, Respondent, and 5415 CHURCH AVENUE REALTY CORPORATION and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MARIAN HEDGES, an Infant, by S. FRANK HEDGES, Her Guardian ad Litem, Respondent, v. CONRAD C. WISSEMAN and CHARLES H. WISSEMAN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

S. FRANK HEDGES, Respondent, v. CONRAD C. WISSEMAN and CHARLES H. WISSEMAN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WILLIAM S. PETTIT, Appellant, v. SOLWIN W. SMITH and Others, as Executors, etc., of ROBERT S. SMITH, Deceased, and Another, Respondents. (Appeals Nos. 1 and 2.) — Order entered on November 19, 1927, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiff is entitled to discovery, inspection and examination to establish the making of the contract of joint venture in suit and to enable him to furnish the particulars directed to be given by the concurrent order entered on November 19, 1927. In view of this decision the appeal from the order entered on October 18, 1927, is dismissed, without costs. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

WILLIAM S. PETTIT, Respondent, v. SOLWIN W. SMITH and Others, as Executors, etc., of ROBERT S. SMITH, Deceased, and Another, Appellants. (Appeal No. 3.) — Order, in so far as it denies defendants' motion for a bill of particulars, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALOYSIUS F. SEERY, Appellant.— Appeal dismissed. The appeal is from an order of the County Court of Suffolk county, denying a motion to proceed with the trial in the absence of the accused, who was charged with a misdemeanor. Section 356 of the Code of Criminal Procedure, permitting the trial of an absent accused person if he appear by counsel, is not applicable to a case where, as here, the accused is at the time confined in a State institution for the insane by virtue of a legal commitment. Furthermore, the order, being intermediate, is not appealable. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

LOTTIE ROEDER, Respondent, v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC., Appellant. THOMAS KIERNAN, Defendant.— Application denied, with ten dollars costs.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE THAYER-WEST POINT HOTEL CORPORATION and Others, Defendants. EDWARD J. KELLY, as Trustee in Bankruptcy, etc., and AMERICAN TRUST COMPANY, as Trustee, etc., Appellants.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

---

* Affd., 249 N. Y. 585.